**Order entered November 19, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00950-CV

## IN THE INTEREST OF D.S.B. AND K.A.B., CHILDREN

**On Appeal from the 301st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 13-11214**

## ORDER

Before the Court are the November 14, 2014 and November 17, 2014 motions of appellant to file an amended brief. Appellant filed a brief on November 14, 2014, the day after the reporter's record was filed. We **GRANT** appellant's motions. Appellant shall file an amended brief by **December 19, 2014**.

/s/ ELIZABETH LANG-MIERS
JUSTICE